United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA WAGNER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant._____/ | No. C 09-0008 CRB<br><br>**JUDGMENT** |

The Court, having granted Defendan's Motion for Summary Judgment, enters judgment in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 2, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\08\Judgment.wpd